**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2915 Disciplinary Docket No. 3 |
| | : | |
| CHARLES C. SHAINBERG | : | No. 41 DB 2022 |
| | : | |
| | : | Attorney Registration No. 19420 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2023, on certification by the Disciplinary Board that Charles C. Shainberg, who was suspended for a period of one year, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, Charles C. Shainberg is reinstated to active status.